**STATE of Missouri, Respondent,**

v.

**Bobby Joe COCHRAN, Appellant.**

**No. WD 34399.**

Missouri Court of Appeals,
Western District.

May 3, 1983.

Anne Hall, Asst. Public Defender, Kansas City, for appellant.

S. Francis Baldwin, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and DIXON and NUGENT, JJ.

ORDER

PER CURIAM.

Appeal from conviction of two counts of first degree robbery, two counts of sodomy and one count of rape.

Judgment affirmed. Rule 30.25(b).